IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 15–15–M–DLC |
| --- | --- |
| Plaintiff, | |
| | ORDER |
| vs. | |
| DAVID LAWRENCE JENSEN, | |
| Defendant. | |

This matter comes before the Court on Plaintiff the United States of America's Motion for a Final Order of Forfeiture and Judgment. (Doc. 49.) The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d);

THAT a Preliminary Order of Forfeiture was entered on January 19, 2016;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the motion for Final Order of Forfeiture (Doc. 49) is GRANTED and judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

1. Savage Arms 93R17 bolt-action rifle (serial number 1327082);

2. Smith & Wesson Bodyguard, semi-automatic pistol (serial number KBF0299)

3. 148 assorted rounds of .223 ammunition;

4. 1,351 assorted rounds of various caliber ammunition;

5. 10,000 rounds of .22 caliber ammunition;

6. 16.90 pounds of ammunition reload; and

7. One round of .380 ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of March, 2017.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court