IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–15–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID LAWRENCE JENSEN, | |
| Defendant. | |

A Petition for Summons for Offender Under Supervision having been filed, IT IS ORDERED that the Petition (Doc. 71) and final hearing on revocation of supervised release are referred to United States Magistrate Judge Kathleen L. DeSoto as provided under 18 U.S.C. § 3401(i).  Accordingly, Judge DeSoto shall conduct the revocation hearing and submit proposed findings of fact and recommendations for such revocation and recommended disposition as provided in 18 U.S.C. § 3583(e).

DATED this 2nd day of October, 2023.

Dana L. Christensen, District Judge
United States District Court

1