IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LAWRENCE JENSEN,<br><br>Defendant. | CR 15-15-M-DLC<br><br>FINDINGS AND<br>RECOMMENDATION |

Before the Court is a Fourth Amended Petition alleging Defendant David Lawrence Jensen violated conditions of his supervised release. (Doc. 71). By Order entered October 2, 2023, United States District Judge Dana L. Christensen referred this matter to me to conduct a final revocation hearing. The Court conducted the hearing on October 17, 2023.

The Fourth Amended Petition alleges that Jensen committed five violations of his conditions of release. Specifically, the Fourth Amended Petition alleges the following violations of the mandatory condition prohibiting the unlawful use of a controlled substance: (1) on March 10, 2023, Jensen submitted to sweat patch testing that returned positive for amphetamine and methamphetamine; (2) on March 24, 2023, Jensen submitted to sweat patch testing that returned positive for methamphetamine; (3) on April 7, 2023, Jensen submitted to sweat patch testing

1

that returned positive for methamphetamine; (4) on August 24, 2023, Jensen submitted to sweat patch testing that returned positive for methamphetamine; and (5) on September 7, 2023, Jensen submitted to sweat patch testing that returned positive for methamphetamine. (Doc. 71).

Violations (1), (2), and (3) were also listed in the Second Amended Petition filed on May 5, 2023. (Doc. 62). At the May 16, 2023 final revocation hearing on the Second Amended Petition, Jensen admitted to violations (1), (2), and (3). The Court held disposition of the revocation proceeding in abeyance and Jensen was released subject the previously imposed conditions. (Doc. 67).

The Third Amended Petition adding violation (4) was filed on September 18, 2023 (Doc. 68), and the Fourth Amended Petition adding violation (5) was filed on September 29, 2023 (Doc. 71). At the October 17, 2023 final revocation hearing on the Fourth Amended Petition, Jensen appeared with counsel and contested the two newly added violations. Based on the evidence and testimony presented at the revocation hearing, the Court finds by a preponderance of the evidence that Jensen violated the conditions of his release as alleged in violations (4) and (5).

Jensen's violations are Grade C violations. His criminal history category is 5, and his underlying offense is a Class C felony. Consequently, the United States

2

Sentencing Guidelines recommend a custodial sentence of 7 to 13 months. The United States and Jensen's counsel agreed with these category determinations.

Having considered the record in this case, and the information and arguments presented at the revocation hearing,

IT IS RECOMMENDED that Jensen's supervised release be REVOKED. It is further recommended that Jensen be (1) sentenced to custody for a period of 3 months; and (2) placed on supervised release upon release from custody for a term of 33 months, subject to the conditions identified during the revocation hearing.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to these Findings and Recommendations on or before November 1, 2023. The District Judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made, and may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the District Judge, and may waive the right to appear and allocute before the District Judge.

DATED this 18th day of October, 2023.

Kathleen L. DeSoto
United States Magistrate Judge