IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LAWRENCE JENSEN,<br><br>Defendant. | CR 15–15–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss Fifth Amended Revocation Petition and Vacate Initial Appearance. (Doc. 82.) In the motion the Government requests that the Court dismiss the Fifth Amended Petition for Warrant for Offender Under Supervision. (*Id.* at 1.) The Government further requests that the Court vacate the initial appearance set for November 14, 2023. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Fifth Amended Petition for Warrant for Offender Under Supervision (Doc. 77) is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance set for November 14, 2023, at 1:30 p.m. in Great Falls, Montana, before United States Magistrate Judge John T. Johnston is VACATED.

1

DATED this 8th day of November, 2023.

_____
Dana L. Christensen, District Judge
United States District Court